# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST IMMIGRANT RIGHTS PROJECT, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 19-cv-03283-RDM |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | ) ) ) ) |
| Defendant. | ) ) ) |

## NOTICE OF APPEARANCE

David A. Schnitzer hereby enters his appearance as counsel for *amici curiae* ORGANIZATIONS SERVING IMMIGRANT SURVIVORS OF VIOLENCE. He was admitted to practice before this Court on January 5, 2015 (Bar ID No. 1022420).

Dated: January 22, 2020

Respectfully submitted,

/s/ David A. Schnitzer
David A. Schnitzer, SBN 1022420
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:   202.955.8500
Facsimile:    202.467.0539

Attorney for *Amici Curiae* Organizations Serving Immigrant Survivors of Violence