IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST IMMIGRANT RIGHTS PROJECT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES CITIZENSHIP AND )<br>IMMIGRATION SERVICES, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:19-cv-3283 (RDM) |

**DEFENDANT'S NOTICE OF FILING OF THE CERTIFIED LIST OF
THE CONTENTS OF THE ADMINISTRATIVE RECORD**

Defendant the United States Citizenship and Immigration Services hereby gives notice of the filing of the Certified List of the Contents of the Administrative Record for the action challenged in the above-captioned case. The index is accompanied by a certification.

Dated: February 18, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

 /s/ *Charles E.T. Roberts*
CHARLES E.T. ROBERTS
PA Bar No. 326539
JULIE STRAUS HARRIS
DC Bar No. 1021298
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 305-8628
Fax: (202) 616-8470
Email: charles.e.roberts@usdoj.gov

*Attorneys for Defendant*