IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NORTHWEST IMMIGRANT RIGHTS PROJECT, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 1:19-cv-3283 (RDM) |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | ) ) ) ) | |
| Defendant. | ) ) | |

**CERTIFIED LIST OF THE CONTENTS
OF THE ADMINISTRATIVE RECORD**

1. USCIS Fee Schedule, Final Rule, 75 Fed. Reg. 58962 (Sept. 24, 2010) .................. AR_000001

2. Form I-912, Request for Fee Waiver (Sept. 24, 2010) ........................................... AR_000032

3. Form I-912, Request for Fee Waiver Instructions (Sept. 24, 2010) ........................ AR_000036

4. USCIS Fee Waiver Memo (Mar. 13, 2011) ............................................................ AR_000043

5. USCIS Fee Schedule, Proposed Rule, 81 Fed. Reg. 26,904 (May 4, 2016) ............ AR_000051

6. USCIS Fee Schedule, Final Rule, 81 Fed Reg. 73,292 (Oct. 24, 2016) .................. AR_000089

7. Fiscal Year 2017 Report to Congress, USCIS Fee Waiver Policies and Data (Sept. 27, 2017) .................................................................................................. AR_000130

8. Form I-912, Request for Fee Waiver Instructions, Table of Changes (Jan. 2, 2018) ........................................................................................................... AR_000145

9. Form I-912, Request for Fee Waiver, ICR Supporting Statement (Feb. 21, 2018) ........................................................................................................................ AR_000147

10. Form I-912, Request for Fee Waiver (Mar. 13, 2018) (pre-2019 Revision) ........... AR_000157

11. Form I-912, Request for Fee Waiver Instructions (Mar. 13, 2018) (pre-2019 Revision) ................................................................................................ AR_000168

12. Agency Information Collection Activities; Revision of Currently Approved Collection Request for Fee Waiver: Exemptions, 83 Fed. Reg. 49,120 (Sept. 28, 2018) (60-Day Notice) ..................................................... AR_000179

13. Form I-912, Request for Fee Waiver (Sept. 28, 2018) (posted with 60-Day Notice) .................................................................................................................. AR_000181

14. Form I-912, Request for Fee Waiver, Table of Changes (Sept. 28, 2018) (posted with 60-Day Notice) ........................................................ AR_000189

15. Form I-912, Request for Fee Waiver Instructions, for 60 Day Notice (Sept. 28, 2018) ................................................................................................................. AR_000203

16. Form I-912, Request for Fee Waiver Instructions, Table of Changes posted with 60-Day Notice (Sept. 28, 2018) ....................................................... AR_000215

17. USCIS Responses to Public Comments on Form I-912 received during 60-Day comment period ................................................................................. AR_000242

18. Agency Information Collection Activities; Revision of a Currently Approved Collection: Request for Fee Waiver, 84 Fed. Reg. 13,687 (Apr. 5, 2019) (First 30-Day Notice) ................................................................... AR_000250

19. Form I-912, Request for Fee Waiver (Feb. 05, 2019) (posted with First 30-day Notice)[1] ............................................................................................ AR_000252

20. Form I-912, Request for Fee Waiver, Table of Changes (Feb. 05, 2019) (posted with First 30-Day Notice) ....................................................... AR_000261

21. Form I-912, Request for Fee Waiver Instructions (Mar. 25, 2019) (posted with First 30-Day Notice) ............................................................................ AR_000275

22. Form I-912, Request for Fee Waiver Instructions, Table of Changes (Mar. 25, 2019) (posted with First 30-Day Notice) .................................................. AR_000286

23. USCIS Responses to Public Comments on Form I-912 received during First 30-Day comment period ................................................................................. AR_000314

24. Agency Information Collection Activities; Revision of a Currently Approved Collection: Request for Fee Waiver; Exemptions, 84 Fed. Reg. 26,137 (June 5, 2019) (Second 30-Day Notice) ............................................. AR_000330

25. Form I-912, Request for Fee Waiver (Feb. 05, 2019) (posted with Second 30-Day Notice)[2] ....................................................................................... AR_000334

26. Form I-912, Request for Fee Waiver, Table of Changes (Feb. 05, 2019) (posted with Second 30-Day Notice) .................................................... AR_000343

---

[1] This Form I-912, with proposed changes, is identical to the Form I-912, with proposed changes, that was posted with the 60-Day Notice (September 28, 2018).

[2] This Form I-912, with proposed changes, is identical to the Form I-912, with proposed changes, that was posted with the 60-Day Notice (September 28, 2018), and the First 30-Day Notice (April 5, 2019).

27. Form I-912, Request for Fee Waiver Instructions (June 3, 2019) (posted with Second 30-Day Notice) .................................................................................. AR_000357

28. Form I-912, Request for Fee Waiver Instructions, Table of Changes (June 3, 2019) (posted with Second 30-Day Notice) ....................................................... AR_000369

29. USCIS Responses to Public Comments on Form I-912 received during Second 30-Day comment period ................................................................................ AR_000397

30. Form I-912, Request for Fee Waiver, Table of Changes (Sept. 6, 2019) (for OMB Review) ................................................................................................... AR_000407

31. Form I-912, Request for Fee Waiver Instructions, Table of Changes (Oct. 15, 2019) (for Office of Management and Budget (OMB) Review) ....................... AR_000421

32. Form I-912, Request for Fee Waiver, Supporting Statement for 2019 Revision .... AR_000450

33. OMB Office of Information and Regulatory Affairs Notice of Action – Approval (Oct. 24, 2019) ............................................................................................ AR_000461

34. Form I-912, Request for Fee Waiver (Oct. 24, 2019) ............................................. AR_000463

35. Form I-912, Request for Fee Waiver Instructions (Oct. 24, 2019) (approved by OMB) .................................................................................................................. AR_000473

36. Fee Waiver Policy Alert (Oct. 25, 2019) ................................................................. AR_000484

37. USCIS Policy Manual Vol. 1- Part B – TOC (Oct. 25, 2019) ................................. AR_000485

38. USCIS Policy Manual Vol. 1- Part B - Chapter 1 (Oct. 25, 2019) ......................... AR_000488

39. USCIS Policy Manual Vol. 1- Part B - Chapter 3 - Fees and Fee Waivers (Oct. 25, 2019) ..................................................................................................... AR_000491

40. USCIS Policy Manual Vol. 1- Part B - Chapter 4 (Oct. 25, 2019) .......................... AR_000495

41. Public Comments received during 60-Day comment period .................................. AR_000515

42. Public Comments received during First 30-Day comment period .......................... AR_003115

43. Public Comments received during Second 30-Day comment period ..................... AR_004990