**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NORTHWEST IMMIGRANT RIGHTS PROJECT, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 19-cv-03283-RDM |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | ) ) ) | |
| Defendant. | ) ) ) | |

**NOTICE OF FILING OF JOINT ADMINISTRATIVE RECORD APPENDIX**

Pursuant to Local Rule 7(n), plaintiff files the attached joint appendix containing the portions of the administrative record that are cited or otherwise relied upon in any memoranda in support of or in opposition to docket number 11 (plaintiff's motion for summary judgment) or docket number 25 (defendant's motion to dismiss or, in the alternative, for summary judgment). Plaintiff and defendant agree to the contents of the appendix.

Plaintiff's opening memorandum, Dkt. No. 11, and the supporting amicus brief, Dkt. No. 21, were filed before the administrative record was produced in this case, and they cite to the record in another case, *see* Dkt. 11 at 11 n.2; Dkt. No. 21 at 12 n.2. The citations in those documents, however, correspond to the attached appendix; the administrative record in this case is the same as the one cited in docket numbers 11 and 21.

Dated: April 9, 2020

Respectfully submitted,

/s/ Rebecca Smullin
Rebecca Smullin (D.C. Bar No. 1017451)
Michael T. Kirkpatrick (D.C. Bar No. 486293)
Public Citizen Litigation Group
1600 20th Street NW

Washington, DC 20009
202-588-1000

Counsel for Plaintiff
Northwest Immigrant Rights Project