UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NORTHWEST IMMIGRANT RIGHTS
PROJECT, *et al.*,

      *Plaintiffs*,

  v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, *et al.*,

      *Defendants*.

Civil Action No. 19-3283 (RDM)

**ORDER**

For the reasons set forth in this Court's October 8, 2020 Opinion (Dkt. 85), Plaintiffs' motion for postponement of the effective date of the Department of Homeland Security's Final Rule, 85 Fed. Reg. 46,788 (Aug. 3, 2020) ("Rule"), for a stay of implementation or enforcement of the Rule "to preserve status or rights pending conclusion of the review proceedings" pursuant to the Administrative Procedure Act, 5 U.S.C. § 705, and for a preliminary injunction barring implementation or enforcement of the Rule, (Dkt. 50), is hereby **GRANTED**; and it is further

**ORDERED** that the effective date of the Rule is hereby stayed pending further order of the Court, except to the extent that the Rule includes fees in specific amounts mandated by statute; and it is further

**ORDERED** that Defendants are enjoined from implementing or enforcing the Rule, including by adopting any form changes associated with the Rule, pending further order of the Court; and it is further

**ORDERED** that in light of Plaintiffs' limited financial means and the fact that Defendants have not requested that Plaintiffs be required to post a bond pursuant to Federal Rule

of Civil Procedure 65(c), the Court hereby exercises its discretion to dispense with the bond requirement at this time.

    **SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  October 8, 2020