**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| NORTHWEST IMMIGRANT RIGHTS PROJECT, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:19-cv-3283 (RDM) |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**REQUEST FOR CLARIFICATION**

Defendants respectfully submit this request for clarification of this Court's October 16, 2020 Order Staying this Case. Defendants' counsel have conferred with Plaintiffs' counsel, and Plaintiffs consented to the request for clarification.

This Court's October 16, 2020 minute order stayed this case and confirmed that "the deadline for Defendants to respond to Plaintiffs' Second Amended and Supplemental Complaint shall continue to be suspended." It further ordered the parties to file a "further joint status report proposing a schedule for further proceedings in this case" by November 17, 2020, and set "a status conference to discuss a path forward at 9:00 a.m. on December 14, 2020." The minute order did not, however, state whether the deadline for filing Defendants' Supplemental Memorandum in Support of their Motion for Partial Summary Judgment and Opposition to Plaintiffs' Motion for Partial Summary Judgment, currently this Wednesday, October 21, 2020, *see* October 2, 2020 Minute Order, also is stayed. Defendants are prepared to file that brief as previously scheduled, if the Court did not intend to stay that deadline as well, but respectfully seek clarification whether that deadline is encompassed within the Court's issuance of the stay of the case.

Accordingly, Defendants request clarification as to whether they should file the above-mentioned brief, as previously scheduled, on October 21, 2020.

Dated:  October 19, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

JULIE STRAUS HARRIS
DC Bar No. 1021298
Senior Trial Counsel

 /s/ Charles E.T. Roberts
CHARLES E.T. ROBERTS
PA Bar No. 326539
KATE TALMOR
Maryland Bar
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 305-8628
Fax: (202) 616-8470
Email: charles.e.roberts@usdoj.gov

*Attorneys for Defendants*