# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 20-5369**  **September Term, 2020**

**1:19-cv-03283-RDM**

**Filed On: January 12, 2021** [1879709]

Northwest Immigrant Rights Project, et al.,

    Appellees

  v.

United States Citizenship and Immigration
Services, et al.,

    Appellants

## M A N D A T E

In accordance with the order of January 12, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

            BY:    /s/
                      Laura M. Chipley
                      Deputy Clerk

Link to the order filed January 12, 2021.