IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST IMMIGRANT RIGHTS PROJECT, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, DEPARTMENT OF HOMELAND SECURITY, ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of Homeland Security, and UR M. JADDOU, in her official capacity as Director of United States Citizenship and Immigration Services, ) <br> ) <br> Defendants. ) | Case No. 19-cv-03283-RDM |

## JOINT STATUS REPORT

The parties submit this joint status report pursuant to the September 10, 2021, joint status report, ECF No. 101:

1.     As explained in the parties' February 12, 2021 and May 13, 2021 joint status reports, ECF Nos. 99 & 100, Executive Order 14,012, "Restoring Faith in Our Legal Immigration Systems and Strengthening Integration and Inclusion Efforts for New Americans," 86 Fed. Reg. 8,277 (Feb. 5, 2021) (the "EO"), directed defendant the Secretary of Homeland Security to undertake a review of, among other things, the 2020 Final Rule at issue in this litigation and the fee waiver process.

2.     Defendants state that they are now working toward a July 2022 publication date for a Notice of Proposed Rulemaking ("NPRM") proposing a new fee rule that would adjust U.S. Citizenship and Immigration Services ("USCIS") fees and the USCIS fee waiver policy. If advanced, any final rule resulting from that NPRM could resolve this litigation.

3.     In light of this Court's October 8, 2020 Order granting plaintiffs' motion for a postponement of the effective date and stay of implementation or enforcement of the 2020 Final Rule

pursuant to 5 U.S.C. § 705 and for a preliminary injunction barring implementation or enforcement of the 2020 Final Rule, ECF No. 86; the order entered by the U.S. District Court for the Northern District of California enjoining, on a nationwide basis, the implementation or enforcement of the fee waiver revisions announced by USCIS in 2019, and challenged in this case, *see* ECF No. 65 in *City of Seattle v. DHS*, 3:19-cv-7151-MMC (N.D. Cal., Dec. 11, 2019) ("2019 Preliminary Injunction Order"); the EO; and defendants' timeline, and in the interests of judicial economy, the parties have conferred and agreed to jointly request that the Court continue the stay in this case and hold all proceedings in abeyance to allow for further regulatory development. In addition to and notwithstanding their continued compliance with the 2019 Preliminary Injunction Order, defendants agree to hold in abeyance any implementation or enforcement of the fee waiver revisions announced by USCIS in 2019 and challenged in this case, through September 1, 2022.[1]

    4.    Additionally, the parties have conferred and agreed to jointly request that, should the current stay be continued, the parties be permitted to file a joint status report by the earlier of August 1, 2022, or within two weeks of defendants either publishing in the Federal Register a notice of proposed rulemaking regarding a proposed new fee rule or advising plaintiffs that defendants have determined not to propose a new fee rule, indicating whether this case and all proceedings should continue to be held in abeyance or proposing a schedule for continuing the litigation.

---

[1] "Fee waiver revisions" refers to all of the agency actions challenged in this case, other than the 2020 Final Rule.

| | |
|---|---|
| Dated: January 14, 2022 | Respectfully submitted, |
| BRIAN M. BOYNTON<br>Acting Assistant Attorney General | */s/ Michael T. Kirkpatrick*<br>Michael T. Kirkpatrick (D.C. Bar No. 486293)<br>Adina H. Rosenbaum (D.C. Bar No. 490928)<br>Public Citizen Litigation Group<br>1600 20th Street NW<br>Washington, DC 20009<br>202-588-7728<br>mkirkpatrick@citizen.org |
| BRIGHAM J. BOWEN<br>Assistant Branch Director<br>Federal Programs Branch | |
| JULIE STRAUS HARRIS<br>DC Bar No. 1021298<br>Senior Trial Counsel | |
| | *Counsel for All Plaintiffs* |
| */s/ Charles E.T. Roberts*<br>CHARLES E.T. ROBERTS<br>PA Bar No. 326539<br>CHETAN A. PATIL<br>DC Bar No. 999948<br>KATE TALMOR<br>Maryland Bar<br>Trial Attorneys | Matt Adams (WSBA No. 28287)<br>Aaron Korthuis (WSBA No. 53974)<br>Northwest Immigrant Rights Project<br>615 Second Avenue, Suite 400<br>Seattle, WA 98104<br>206-957-8611<br>matt@nwirp.org |
| | *Counsel for Plaintiff Northwest Immigrant Rights Project* |
| U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20530<br>Tel: (202) 305-8628<br>Fax: (202) 616-8470<br>charles.e.roberts@usdoj.gov | Laurie Ball Cooper (D.C. Bar No. 1017998)<br>Ayuda, Inc.<br>6925 B Willow Street NW<br>Washington DC 20012<br>202-349-0656<br>laurie.ballcooper@ayuda.com |
| *Counsel for Defendants* | *Counsel for Plaintiff Ayuda, Inc.* |
| | Nicholas Katz (MD Bar No. 1812100006)<br>CASA de Maryland, Inc.<br>8151 15th Avenue<br>Hyattsville, MD 20783<br>240-491-5743<br>nkatz@wearecasa.org |
| | *Counsel for Plaintiff CASA de Maryland, Inc.* |