IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST IMMIGRANT RIGHTS PROJECT, *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, DEPARTMENT OF HOMELAND SECURITY, ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of Homeland Security, and UR M. JADDOU, in her official capacity as Director of United States Citizenship and Immigration Services,<br><br>          Defendants. | Case No. 19-cv-03283-RDM |

**JOINT STATUS REPORT**

The parties submit this joint status report pursuant to the Court's Minute Order of February 16, 2024:

1. On October 8, 2020, this Court granted plaintiffs' motion for a postponement of the effective date and stay of implementation or enforcement of the 2020 Final Rule pursuant to 5 U.S.C. § 705 and for a preliminary injunction barring implementation or enforcement of the 2020 Final Rule. ECF No. 86. As explained in the parties' previous joint status reports, the 2020 Final Rule has remained enjoined while defendants conducted a new rulemaking.

2. On January 31, 2024, defendants published a final rule, "U.S. Citizenship and Immigration Services Fee Schedule and Changes to Certain Other Immigration Benefit Request Requirements," 89 Fed. Reg. 6194 (Jan. 31, 2024) ("the 2024 Final Rule"). The 2024 Final Rule became effective on April 1, 2024, and replaced the 2020 Final Rule in its entirety.

3. The 2024 Final Rule is being challenged in *Moody v. Mayorkas*, No. 1:24-cv-00762-CNS (D. Colo. Mar. 19, 2024), and *Civitas Capital Management, LLC v. Mayorkas*, No. 3:24-cv-00984-L (N.D.

1

Tex. Apr. 22, 2024). Because the 2024 Final Rule has gone into effect and superseded the 2020 Final Rule, Defendants believe this case is now moot, notwithstanding the ongoing litigation in *Moody* and *Civitas*. Plaintiffs believe that this case should continue to be held in abeyance because, absent a final judgment in Plaintiffs' favor holding the 2020 Final Rule unlawful and vacating that Rule, the 2020 Final Rule would take effect if the plaintiffs prevail in the *Moody* or *Civitas* cases. The parties have conferred and agree that, to conserve the parties' and the Court's resources, this case should continue to be held in abeyance pending further developments in *Moody* and *Civitas*.

4. The parties jointly request that the Court continue to hold this case and all proceedings in abeyance, and that the parties be permitted to file a joint status report by November 15, 2024, if they have not filed a stipulation of dismissal by that date.

Dated: May 14, 2024

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director
Federal Programs Branch

/s/ Cynthia Liao
CYNTHIA LIAO
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 531-1325
cynthia.f.liao@usdoj.gov

*Counsel for Defendants*

Respectfully submitted,

/s/ Michael T. Kirkpatrick
Michael T. Kirkpatrick (D.C. Bar No. 486293)
Adina H. Rosenbaum (D.C. Bar No. 490928)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
202-588-7728
mkirkpatrick@citizen.org

*Counsel for All Plaintiffs*

Matt Adams (WSBA No. 28287)
Aaron Korthuis (WSBA No. 53974)
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
206-957-8611
matt@nwirp.org

*Counsel for Plaintiff Northwest Immigrant Rights Project*

Nicholas Katz (MD Bar No. 1812100006)
CASA de Maryland, Inc.
8151 15th Avenue
Hyattsville, MD 20783

240-491-5743
nkatz@wearecasa.org

*Counsel for Plaintiff CASA de Maryland, Inc.*